**EXHIBIT 1**



# CITY OF ST. LOUIS
## LAW DEPARTMENT
**1200 MARKET STREET, ROOM 314**
**ST. LOUIS, MO 63103-2864**
**(314) 622-3361**

**JULIAN L. BUSH**
**CITY COUNSELOR**

**LYDA KREWSON**
**MAYOR**

September 14, 2020

Jim Wyrsch
Javad Khazaeli
Kiara Drake
Khazaeli Wyrsch
911 Washington Ave.
Suite 211
Saint Louis, Missouri 63101

Re: *Megan Green v. City of St. Louis, et al.*, Case No. 18-CV-1629

Jim,

We have done additional investigation into the location of SWAT officers on the night of September 15, 2017. Through that investigation, we can state that Sgt. Cliff Sommer, Sgt. Joseph Calabro, and Officer Daniel Cora, along with previously identified Officer Bennie Blackmon were on the BEAR at the time that chemical munitions were deployed. We cannot state which officer actually deployed any munitions out of the BEAR. We can also definitively state that Officers James Zwilling, Glennon Friggerio, James Wurm, Daniel Book, Mark Seper, Aaron Mueller, Brandon Moore were not on the BEAR that night. Similarly, Sgt. John Jones and Sgt. Michael Scego were not on the BEAR at any point that night. There is one officer whom we believe might have been on the BEAR that night, but due to a medical-related absence, we have not been able to confirm.

1

Accompanying this letter are supplemental discovery responses that reflect this information to the extent that it is responsive to one or more of the interrogatories.

> Very truly yours,
>
> */s/ Brandon Laird*
>
> Brandon Laird
> Associate City Counselor

Cc:   Abby Duncan
      Robert Dierker
      Amy Raimondo

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEGAN ELLYIA GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-01629-JCH |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CITY OF ST. LOUIS'S
THIRD SUPPLEMENTAL RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant, City of St. Louis, hereby provides the following responses and objections to Plaintiff's First Set of Interrogatories.

**PLAINTIFF'S INTERROGATORIES**

1. Identify the full name, rank and position, badge number and/or department serial number, gender, race, height, and weight of each of the front line officers, supervisors, and command staff on duty responding to the protests at or near the intersection of Lindell Boulevard and Kingshway Boulevard, on the evening of September 15, 2017 or the early hours of September 16, 2017, the locations at which each person was posted, and their responsibilities, if such responsibilities were individualized.

**Response:** **Defendants object to Plaintiff's request for the height and weight of every front line officer, supervisor, and command staff on duty on September 15, 2017 as unduly burdensome.  As to Plaintiff's remaining requests, please see the documents produced as Bates stamped CITY 000990-001067.**

1

**2nd Supplement:** Additionally, please see the SWAT Duty Roster Worksheet for September 15, 2017, produced as CITY 004962-004963.

2. Identify the full name of each officer who deployed chemical munitions at or near the intersections of Lindell Boulevard and Kingshighway Boulevard and Lindell Avenue and Euclid Avenue, on the evening of September 15, 2017 or the early hours of September 16, 2017.

**Response:** Defendants are currently unaware of the identity of which officers deployed chemical munitions at or near those intersections.

3. Identify the full name of each officer occupying the MRAP, or otherwise identified armored or tactical vehicle, shown in GREEN.000001 and GREEN.000002.

**Response:** Defendants' investigation is ongoing but Defendants are currently unaware of which officers occupied the MRAP.

**1st Supplement:** Defendants' investigation is ongoing. At present time, Defendants are aware that Officer Bennie Blackmon occupied the MRAP the evening of September 15, 2017. Defendants are unaware of which other officers, if any, were occupying the MRAP at the time depicted in GREEN.000001 and GREEN.000002.

**2nd Supplement:** As a point of clarification, the vehicle depicted in GREEN.000001 and GREEN.000002 is a BEAR, not a "MRAP."

**3rd Supplement:** Defendant states that at least the following officers were on the BEAR in addition to Officer Blackmon listed above:

- Sgt. Clifford Sommer, DSN 5167
- Sgt. Joseph Calabro, DSN 4393
- Officer Daniel Cora DSN 8784

2

        Respectfully submitted,
        JULIAN L. BUSH
        CITY COUNSELOR

        */s/ Brandon Laird*
        Brandon Laird, 65564 MO
        Assistant City Counselor
        lairdb@stlouis-mo.gov
        Amy Raimondo 71291MO
        Assistant City Counselor
        raimondoa@stlouis-mo.gov
        Robert H. Dierker 23671MO
        Associate City Counselor
        dierkerr@stlouis-mo.gov
        Abby Duncan 67766 MO
        Assistant City Counselor
        Megan Bruyns 69987MO
        Assistant City Counselor
        1200 Market St.
        City Hall, Rm 314
        St. Louis, MO 63103
        314-622-3361
        Fax 314-622-4956
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, September 14, 2020, the foregoing responses were supplemented by email to:

Javad M. Khazaeli
javad.khazaeli@kwlawstl.com

James R. Wyrsch
james.wyrsch@kwlawstl.com

Kiara N. Drake
kiara.drake@kwlawstl.com


        */s/ Brandon Laird*
        Brandon Laird
        Associate City Counselor

3