## Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
 2                   EASTERN DIVISION
 3   MEGAN ELLYIA GREEN,      )
                              )
 4        Plaintiff,          )
                              )
 5   vs.              )Cause No. 4:18-CV-01629-JCH
                              )
 6   CITY OF SAINT LOUIS, MISSOURI, )
     ET AL.,                  )
 7                            )
          Defendants.         )
 8
 9
10
11
          VIDEOTAPED DEPOSITION OF SERGEANT CHARLES WALL
12
13
14         Taken on behalf of Plaintiff
15              June 23, 2020
16
17
18         ALARIS LITIGATION SERVICES
              711 N. 11TH STREET
19           ST. LOUIS, MO 63101
               (314) 644-2191
20
21
22
23
24
25
```

## Page 2

```
 1         INDEX OF EXAMINATION
 2
 3   WITNESS:  SERGEANT CHARLES WALL
 4       Examination By Mr. Wyrsch .................9
 5
 6         INDEX OF EXHIBITS
 7
     Exhibit 12 .........................11
 8      Interrogatories
 9   Exhibit 20 .........................9
        Second Amended Notice
10
     Exhibit 23 .........................40
11      Screen Shot
12   Exhibit 24 .........................41
        Screen Shot
13
     Exhibit 25 .........................44
14      Screen Shot
15   Exhibit 26 .........................46
        Screen Shot
16
     Exhibit 27 .........................47
17      Screen Shot
18   Exhibit 28 .........................49
        Screen Shot
19
     Exhibit 29 .........................53
20      Screen Shot
21   Exhibit 30 .........................60
        Screen Shot
22
     Exhibit 31 .........................62
23      Screen Shot
24   Exhibit 32 .........................63
        Screen Shot
25
```

## Page 3

```
 1   Exhibit 33 .........................64
        Screen Shot
 2
     Exhibit 34 .........................65
 3      Video
 4   Exhibit 35 .........................66
        Screen Shot
 5
     Exhibit 36 .........................68
 6      Screen Shot
 7   Exhibit 37 .........................68
        Screen Shot
 8
     Exhibit 38 .........................69
 9      Screen Shot
10   Exhibit 39 .........................70
        Screen Shot
11
     Exhibit 40 .........................71
12      Screen Shot
13   Exhibit 41 .........................72
        Screen Shot
14
     Exhibit 42 .........................73
15      Screen Shot
16   Exhibit 43 .........................73
        Screen Shot
17
     Exhibit 44 .........................77
18      Screen Shot
19   Exhibit 45 .........................78
        Screen Shot
20
     Exhibit 46 .........................78
21      Screen Shot
22   Exhibit 47 .........................80
        Screen Shot
23
     Exhibit 48 .........................90
24      Screen Shot
25
```

## Page 4

```
 1   Exhibit 49 .........................94
        Screen Shot
 2
     Exhibit 50 .........................95
 3      Screen Shot
 4   Exhibit 51 .........................97
        Screen Shot
 5
     Exhibit 52 .........................100
 6      Screen Shot
 7   Exhibit 53 .........................103
        Screen Shot
 8
     Exhibit 54 .........................104
 9      Screen Shot
10   Exhibit 55 .........................110
        Screen Shot
11
     Exhibit 56 .........................111
12      Screen Shot
13
14      EXHIBITS IDENTIFIED FROM A PREVIOUS DEPOSITION
15
     Exhibit 1 .........................109
16      Video
17   Exhibit 2 .........................110
        Video
18
     Exhibit 5 .........................17
19      Ops Plan
20   Exhibit 7 .........................22
        Police Report
21
     Exhibit 8 .........................32
22      Command Van Logbook
23   Exhibit 9 .........................44
        Screen Shot
24
     Exhibit 13 .........................36
25      Video
```

## Page 5

```
 1      Exhibit 15 ........................................67
            Video
 2
        Exhibit 16 ........................................54
 3          Video
 4      Exhibit 17 ........................................74
            Video
 5
        Exhibit 19 ........................................98
 6          Video
 7      Exhibit 21 ........................................112
            Spreadsheet
 8
        Exhibit 22 ........................................114
 9          Spreadsheet
10
11      The exhibits were attached to the transcript. Exhibits
12      12, 20, and 34 were retained.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 6

```
 1          IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
 2                   EASTERN DIVISION
 3      MEGAN ELLYIA GREEN,       )
                                  )
 4      Plaintiff,          )
                                  )
 5      vs.              )Cause No. 4:18-CV-01629-JCH
                                  )
 6      CITY OF SAINT LOUIS, MISSOURI, )
        ET AL.,             )
 7                                )
        Defendants.           )
 8
 9
10
11
12          VIDEOTAPED DEPOSITION OF SERGEANT CHARLES
13      WALL, produced, sworn, and examined on behalf of the
14      Plaintiff, June 23, 2020, between the hours of eight
15      o'clock in the forenoon and five o'clock in the
16      afternoon on that day, Alaris Litigation Services, 711
17      N. 11th Street, St. Louis, Missouri 63101, before
18      Rebecca L. Tuggle, a Registered Professional Reporter,
19      Certified Court Reporter, and Certified Shorthand
20      Reporter within and for the State of Missouri.
21
22
23
24
25
```

## Page 7

```
 1              A P P E A R A N C E S
 2
        FOR THE PLAINTIFF VIA VIDEOCONFERENCE:
 3
            JAMES R. WYRSCH
 4          KIARA N. DRAKE
            Khazaeli Wyrsch LLC
 5          911 Washington Avenue, Suite 211
            St. Louis, MO 63101
 6          (314) 288-0777
            james.wyrsch@kwlawstl.com
 7
 8      FOR THE DEFENDANTS VIA VIDEOCONFERENCE:
 9          BRANDON LAIRD
            Assistant City Counselor
10          1200 Market Street, Room 314
            St. Louis, MO 63103
11          (314) 622-3361
            lairdb@stlouis-mo.gov
12
13      VIDEOGRAPHER VIA VIDEOCONFERENCE:
14          JOHN NIEHAUS
            GENE MILLER
15          Alaris Litigation Services
16      REPORTED BY:
17          REBECCA L. TUGGLE, RPR, CCR, CSR
            Alaris Litigation Services
18
19
20
21
22
23
24
25
```

## Page 8

```
 1          VIDEOGRAPHER:  We're on the record.  Today's
 2      date is June 23, 2020, and the time is approximately
 3      9:06 a.m.  This is the video-recorded deposition of
 4      Sergeant Charles Wall, in the matter of Megan Ellyia
 5      Green verse City of St. Louis, Missouri, et al., Case
 6      Number 4:18-CV-01629-JCH, in the United States
 7      District Court, Eastern District of Missouri, Eastern
 8      Division.
 9          This deposition is being held at Alaris
10      Litigation in St. Louis, Missouri.  The reporter's
11      name is Rebecca Tuggle.  My name is John Niehaus.  I'm
12      the legal videographer.  We are with Alaris Litigation
13      Services.
14          Will counsel please introduce yourself for
15      the record.
16          MR. WYRSCH:  James Wyrsch for the plaintiff.
17          MS. DRAKE:  Kiara Drake for plaintiff.
18          MR. LAIRD:  Brandon Laird for defendants.
19          VIDEOGRAPHER:  Will you please swear in the
20      witness.
21          IT IS STIPULATED AND AGREED by and between
22      counsel for the Plaintiff and counsel for the
23      Defendants that the videotaped deposition of SERGEANT
24      CHARLES WALL may be taken in shorthand by Rebecca L.
25      Tuggle, a Registered Professional Reporter, Certified
```

Page 13

1  interrogatory number 3?
2     A   Not really.  There are individuals that
3  we've effectively been able to rule out.
4     Q   Okay.
5     A   But no.
6     Q   All right.  Before we go to that, earlier
7  you mentioned that you may have taken notes of your
8  conversations with the various persons you interviewed
9  in preparation for this deposition.
10         Did you review any of those notes to prepare
11  for the deposition?
12     A   I mean, I -- as it relates to this specific
13  topic, like I said, I can't recall if I took any
14  notes.  In the days leading up to this, I haven't
15  reviewed any notes as it relates to this topic.
16     Q   Okay.  The -- so who -- who have you been
17  able to rule out?
18     A   So Lieutenant Tim Sachs and then Sergeant
19  Cliff Sommer, Sergeant John Jones, and Sergeant
20  Michael Scego apparently at no time during this time
21  were they on the BEAR.
22     Q   Okay.  And what are you basing -- let's
23  start with Sachs.  What are you basing that on?
24     A   Conversations that I've had with him.
25     Q   Okay.  Did anyone else confirm that he was

Page 14

1  not on the BEAR?
2     A   Essentially in speaking with the supervisors
3  of the SWAT unit, it would be -- it was their
4  recollection that at no time were any of those
5  individuals on the BEAR, and then they said it would
6  not be normal for any of those individuals to be on
7  the BEAR.
8     Q   And I apologize.  Cliff Sommers, he also a
9  sergeant?
10     A   He is.
11     Q   So the only people we've been able to rule
12  out are the four supervisors?
13     A   And then Officer Aaron Mueller assigned to
14  SWAT, he apparently has another vehicle assigned to
15  him that he most likely would have been utilizing and
16  not had been on the BEAR at that point in time.
17         And then it's also Officer -- and his first
18  name is escaping me -- but Officer Flatley, in going
19  over some of the video, he indicated that he did not
20  believe that he was present on the BEAR at that time
21  either.
22     Q   What do -- what do you mean by -- by going
23  over the video?  Did he see himself in the video?
24     A   No.  It was a video of the BEAR.  Just the
25  BEAR at a location and time, and at that time, he

Page 15

1  didn't believe that he would have been on the BEAR.
2     Q   What -- what -- what did -- what was -- what
3  was his -- I mean, what was that basis for?  Why --
4  why did he believe he was not there based on the
5  video?
6     A   I don't know.  That was just --
7     Q   Let me ask you this.  Do -- do you remember
8  video you're referring to?
9     A   Yes.
10     Q   Which video?
11     A   It's a video from the intersection of
12  Lindell and York.
13     Q   This is one of the Real Time Crime Center
14  cameras?
15     A   Correct.
16     Q   Okay.  And it's the video -- when you see --
17  is it the video where you see the BEAR come into frame
18  and you see chemical munitions?
19     A   That's what appears to be happening, yes,
20  next to a red pickup truck parked at the curb.
21     Q   Okay.  So what about seeing that suggested
22  to Officer Flatley that he wasn't there?
23     A   I -- I don't know.  That's just what he
24  indicated after seeing the video --
25     Q   Okay.

Page 16

1     A   -- that he didn't believe that he was on the
2  BEAR at that time.
3     Q   Is there anything else to corroborate that
4  other than his belief?
5     A   I don't believe so.
6     Q   What is the other vehicle that Officer
7  Mueller would have been utilizing?
8     A   So there is a -- SWAT calls it a gas truck.
9  I believe it's a -- some type of pickup truck.  I
10  don't know the make and model.  But it has an enclosed
11  camper and they keep some of their -- it's my
12  understanding their -- their less lethal munitions in
13  that vehicle, and that Officer Mueller is assigned
14  that vehicle and tasked with the responsibilities of
15  that vehicle.
16     Q   Does he drive that vehicle?
17     A   Yes.
18     Q   Do you see that vehicle in any of the
19  videos?
20     A   I -- I may have seen a similar vehicle in
21  some of the various video I have available to me, but
22  as it relates to this incident and -- and that area of
23  Lindell and York, I do not.
24     Q   Okay.  And other than Officer -- and is that
25  coming from Officer Mueller, that he -- he claims that

Page 17

1  he was in charge of that truck?
2      A   I believe that Sergeant Jones and Sergeant
3  Sommer indicated such and Officer Mueller indicated
4  that as well, yes.
5      Q   Okay.  And if I understand correctly, and
6  correct me if I'm wrong, the idea is that he would
7  never have been in the BEAR because his job was to be
8  on the gas truck?
9      A   That's my understanding, yes.
10            (Exhibit 5, Ops Plan, was marked in a
11            previous deposition and now identified
12            for the record.)
13     Q   (By Mr. Wyrsch) All right.  So turning to --
14  I'm going to show you what's previously been marked as
15  Exhibit Number 5.  This is just -- we're continuing
16  the numbering from the previous depositions.
17         Can you see Exhibit 5?
18     A   Yes.
19     Q   Okay.  This is, I'll represent to you, a
20  extract from the ops plan.  Do you recognize that?
21     A   I do.
22     Q   So on the first page of Exhibit 5 on the
23  bottom, you see mobile reserve SWAT, Sachs, Sommer,
24  Jones, and Scego, the ones that you just talked about?
25     A   Correct.

Page 18

1      Q   And -- and -- and just for this particular
2  record, this is a list of all of the members of the
3  reserve SWAT who were assigned to the civil
4  disobedience response operations for the weekend of
5  September 15th; is that correct?
6      A   I believe so, yes.
7      Q   So on the second page, we've got one, two,
8  three, four, five, six -- a number of names of -- of
9  other -- other members of SWAT.  Do -- first, do you
10  know sitting here today which of these offers were on
11  duty the night of September 15th in the Central West
12  End?
13     A   So it appears Lance Coats is listed twice
14  for some reason, but it's my understanding that all of
15  the individuals listed were working.
16     Q   And so you -- aside from the three sergeants
17  and lieutenant, you -- you have confirmed to your
18  satisfaction that Officers Flatley and -- Mueller or
19  Miller?  I'm sorry.
20     A   I believe it's Aaron Mueller, M-u-e-l-l-e-r.
21     Q   You confirmed -- you confirmed to your
22  satisfaction or to the City's satisfaction that those
23  two gentlemen were not in the BEAR; correct?
24     A   I think it would be more accurate to say
25  that as it relates to Flatley, that he indicated that

Page 19

1  he was not in the BEAR.  I don't have anything to
2  confirm or deny that.
3      Q   Okay.  So as a representative of the City,
4  you don't take a position on that?
5      A   Yeah, that's just what he indicated to me,
6  and I -- I don't have anything to contradict that.
7      Q   Okay.  So -- and you spoke to all the other
8  members of mobile reserve SWAT?
9      A   Either I did, myself, or I seem to recall
10  that there may have been one meeting with one or more
11  of the officers that I was not able to personally
12  attend, but then the information that was relayed to
13  the City Counselor's Office was relayed to me.
14     Q   Okay.  And so of all those other people,
15  given that Officer Flatley affirmatively stated that
16  he didn't think he was in the BEAR, did the other ones
17  not remember?  Do they not -- what was their position
18  on whether they were in the BEAR?
19     A   Essentially -- so the BEAR is -- I guess to
20  compare it to like a U-Haul truck.  There's really --
21  unless they turn the lighting on, which typically for
22  tactical reasons they do not, it's a big, dark box.
23  And so the officers essentially couldn't recall --
24  they all conceded that at some point, they were most
25  likely on the BEAR.  But they couldn't definitively

Page 20

1  say when and where just because of the, I guess,
2  dynamics of that evening.
3      Q   Okay.  And -- and did you show them the
4  video of the -- the Lindell and York intersection?
5      A   Yes.
6      Q   Each and every one of them?
7      A   Yes.
8      Q   And that -- that didn't trigger their
9  memories?
10     A   No.
11     Q   So the City's position is that all of these
12  people, except for -- and when I'm talking about these
13  people, I mean the people on page 2 --
14     A   Yes.
15     Q   -- of mobile SWAT reserve -- may -- were on
16  the BEAR at some point that evening or may have?
17     A   May have been.
18     Q   Other than Mueller and Flatley?
19     A   I guess as it relates to that incident at
20  Lindell and York, yes.  Other than Mueller and Flatley
21  indicated that he didn't believe he was.
22     Q   Okay.  Do any of them specifically confirm
23  that they were on the BEAR at some point that evening?
24     A   Many of them said that they were on the BEAR
25  at -- at various points that evening, yes.

Page 21

1   Q   Who?
2   A   I believe Manasco, Moore, I think Flatley
3   indicated that he was on the BEAR at other points.
4   Wurm, Frigerio, Zwilling, Long, Boyce, certainly
5   Blackmon.  Those are -- those are ones that I
6   specifically am recalling now that -- that said that,
7   yes, they were absolutely on the BEAR at some point,
8   but they could not confirm whether or not they were on
9   the BEAR at that video at Lindell and York.
10  Q   Okay.  Did you speak with Joe Calabro?
11  A   I know I have and I can't recall -- I don't
12  believe that he indicated -- I don't know -- I can't
13  recall if he indicated -- I know that it was his task
14  to be in the BEAR, but I don't believe that he was in
15  the BEAR for this incident at Lindell and York.
16  Q   Was he on the BEAR on the night of the 15th?
17  A   I believe at various points he was, yes.
18  Q   And what do you -- what are you basing your
19  belief -- and, again, you're testifying on behalf of
20  the City.  So what are you basing the belief that he
21  was not in there at the incident at Lindell and York?
22  A   I believe that he relayed that to someone
23  with the City Counselor's Office and it was then
24  relayed to me.
25  Q   Anything else to corroborate that beyond his

Page 22

1   statements?
2   A   Beyond his statements, I don't believe so.
3   I don't -- I -- I don't think that Officer Blackmon,
4   who was driving, could recall whether or not he was
5   with him at that point.
6   Q   But what -- okay.  And -- and were any of
7   them asked about the dispersal of chemical munitions
8   from the BEAR that evening?
9   A   Yes.
10  Q   And did anyone recall chemical munitions
11  being dispersed?
12  A   Not at that -- I mean, they -- essentially
13  they said that it appeared that chemical munitions
14  were being dispersed from the BEAR at that point, but
15  no one recalled being involved in that.
16  Q   And you -- and you showed each of them the
17  video at York and Lindell and none of them could
18  recall being involved in that particular situation?
19  A   Correct.  Correct.
20  Q   But to be clear, other than Officer Mueller
21  and Officer Flatley, none of them deny being there?
22  A   Essentially they indicated that they
23  couldn't confirm that they were there or deny that
24  they weren't there.
25      (Exhibit 7, Police Report, was marked

Page 23

1   in a previous deposition and now
2   identified for the record.)
3   Q   (By Mr. Wyrsch) Okay.  Is there -- well --
4   okay.  I'm going to show you what we've marked as
5   Exhibit Number 7.  Do you see that?
6   A   Yes.
7   Q   Do you recognize this document?
8   A   It's a police report from the evening of the
9   15th of September 2017.
10  Q   Okay.  And that's the evening that we're
11  talking about here?
12  A   Yes.
13  Q   I'm scrolling down to the narrative at page
14  City 000622, the bottom of that page.  You just want
15  to take some time to read through that and then the
16  next page is 000623.
17      Let me back and I'll show you the entire
18  page.
19  A   Okay.  And then you wanted me to look at the
20  next page?
21  Q   Yep.
22  A   Okay.
23  Q   And then the last page, 000624.
24  A   Okay.
25  Q   All right.  So just from your review of the

Page 24

1   videos, the -- the incident that's captured on York
2   and Lindell -- the camera at York and Lindell, this
3   was -- am I correct that this was following -- right
4   here in this kind of area, there's a description of
5   the North Patrol and South Patrol CDT teams moving
6   south on Euclid.
7       Then there's the protest group continued
8   south across Maryland and there's a mention of some
9   chemical being sprayed and then the shots fired in the
10  south alley at Lindell, that -- that all is kind of
11  right before the incident at York and Lindell; is that
12  right?
13  A   That's my understanding, yes.
14  Q   Okay.  And then some -- and here it says
15  these actions again required the deployment of
16  chemical munitions to force their retreat and
17  ultimately dispersal of the protesters; right?
18  A   Yes.
19  Q   Then none of the -- nowhere in the police
20  report is there -- did they identify who deployed
21  chemical munitions at that point?
22  A   No.
23  Q   Okay.  And -- and I don't want to get too
24  far into this, but according to your use of force
25  policy, you're supposed to document when you use