```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


MEGAN GREEN,                      )
                                  )
     Plaintiff-Appellee,          ) Case No. 4:18-cv-01629 JCH
                                  )
v.                                )
                                  )
CITY OF ST. LOUIS, etc., et       )
al.,                              )
                                  )
     Defendants-Appellants.       )
```

**NOTICE OF APPEAL**

Notice is hereby given that defendants Cliff Sommer, Bennie Blackmon, Daniel Cora, Joseph Calabro, Nicholas Manasco, Lance Coats, Joshua Becherer, Matt Tesreau, Michael Flatley, Joseph Busso, Jon Long, and Timothy Boyce appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 31st day of January, 2022 [ECF 89].

                                              Respectfully submitted,

                                              SHEENA HAMILTON
                                              CITY COUNSELOR

                                              /s/ Robert H. Dierker
                                              Robert H. Dierker 23671(MO)
                                              Associate City Counselor
                                              dierkerr@stlouis-mo.gov
                                              1200 Market St.

```
                            City Hall, Rm 314
                            St. Louis, MO 63103
                            314-622-3361
                            Fax 314-622-4956
                         Attorneys for Defendants
```