# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 09, 2022

Mr. Robert Henry Dierker Jr.
Mr. Adriano Alfonso Martinez
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

  RE:  22-1288  Megan Green v. City of St. Louis, et al

Dear Counsel:

  The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Page Two
22-1288

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                                                      Michael E. Gans
                                                      Clerk of Court

CAH

Enclosure(s)

cc:    Mr. Gregory J. Linhares
       Mr. James R. Wyrsch

      District Court/Agency Case Number(s):   4:18-cv-01629-JCH

**Caption For Case Number:   22-1288**

Megan Ellyia Green

       Plaintiff - Appellee

v.

City of St. Louis

       Defendant

Cliff Sommer, In his individual capacity; Nicholas Manasco, In his individual capacity; Lance Coats, In his iindividual capacity; Joshua D. Becherer; Off. Matthew A. Tesreau, In his individual capacity; Off. Michael Flatley, In his individual capacity; Joseph Busso, In his individual capacity; Off. Jon B. Long, In his individual capacity; Tim Boyce, In his individual capacity; Bennie Blackmon, In his individual capacity; Off. Daniel Cora, In his individual capacity; Joseph Calabro, In his individual capacity

       Defendants - Appellants

Director Charlene Deeken, In her individual capacity; Lt. Col. Lawrence O'Toole, In his individual capacity

       Defendants

**Addresses For Case Participants:   22-1288**

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Adriano Alfonso Martinez
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. James R. Wyrsch
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101