UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEGAN ELLYIA GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 4:18-cv-01629-MTS |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Megan Ellyia Green and Defendants City of St. Louis, Missouri, Cliff Sommer, Bennie Blackmon, Daniel Cora, Joseph Calabro, and Lawrence O'Toole ("Defendants"), hereby stipulate and agree that the claims of Plaintiffs against Defendants are dismissed without prejudice.

Date:  September 1, 2023                                    Respectfully submitted,

**KHAZAELI WYRSCH LLC**                            **SHEENA HAMILTON**
                                                                         **CITY COUNSELOR**

/s/ James R. Wyrsch                                              /s/ Brandon Laird
James R. Wyrsch, #53197(MO)                          Brandon Laird, #65564(MO)
Javad M. Khazaeli, #53735(MO)                       Abby Duncan, #67766(MO)
John M. Waldron, #70401(MO)                        Adriano Martinez, #69214(MO)
911 Washington Avenue, Suite 211                 1200 Market Street, Room 314
St. Louis, MO 63101                                           St. Louis, MO 63103
(314) 288-0777                                                   (314) 622-3361
james.wyrsch@kwlawstl.com                          lairdb@stlouis-mo.gov
javad.khazaeli@kwlawstl.com                         duncana@stlouis-mo.gov
jack.waldron@kwlawstl.com                           martineza@stlouis-mo.gov

*Attorneys for Plaintiffs*                                    *Attorneys for Defendants*

1